UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SUNIL DUTT,

               Plaintiff,

-against-

ABK PETROLEUM CORP., and
KAMAL JIT SINGH,

               Defendants.

Docket No. 18-cv-14117

**DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

I, Daniel Knox, declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746(2) that the following statements are true and correct:

1. I am the principal of firm Knox Law Group, P.C., attorneys for the plaintiff, Sunil Dutt, and am fully familiar with the matters set forth herein.

2. I make application to the Clerk of this Court for entry of default as to defendants ABK Petroleum Corp. and Kamaljit Singh, pursuant to FRCP Rule 55(a).

3. On September 20, 2018, plaintiff filed his complaint for unpaid minimum and overtime wages.

4. On October 11, 2018, all defendants were served by personal delivery of a true copy of the Summons and Complaint to defendant Kamaljit Singh, owner of defendant ABK Petroleum Corp. The Affidavits of Service are annexed hereto as **Exhibit A**.

5. The defendants have failed to serve an answer to the Complaint and the time to do so has expired. See Fed. R. Civ. P. 12(a).

Dated: November 5, 2018

                                                                     Daniel Knox