```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY
                          CAMDEN VICINAGE
```

| SUNIL DUTT,                   |                                  |
|                               |                                  |
|                  Plaintiff,   |                                  |
|                               | Civil No. 18-14117-RMB-KMW       |
|       v.                      |                                  |
|                               |                                  |
| ABK PETROLEUM CORP., et al.,  |                                  |
|                               |                                  |
|                  Defendants.  |                                  |

## AMENDED SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephone status conference held on **June 4, 2019**; and the Court noting the following appearances: **Daniel Knox, Esquire**, appearing on behalf of the **plaintiff**; and **Richard Flynn, Esquire**, appearing on behalf of the **defendants**; and for good cause shown:

IT IS this **4th** day of **June, 2019**, hereby **ORDERED**:

1. All deadlines set forth in the March 13, 2019, Scheduling Order shall remain in effect.

2. **Discovery Applications**. All discovery applications pursuant to L. Civ. R. 37.1(a)(1) shall include an Affidavit or Certification that includes the information identified in L. Civ. R. 37.1(b)(1). Absent exigent circumstances, the Court expects parties to "meet and confer" in person or via telephone before making a discovery application, rather than just exchanging letters or e-mails.

3. **Depositions**. All depositions are to be conducted in accordance with the procedures set forth in the order of Judge Gawthrop, in Hall v. Clifton Precision, 150 F.R.D. 525 (E.D.Pa. 1993).

4. The Court will conduct a telephone status conference on **September 10, 2019 at 10:30 a.m.** Counsel for plaintiff shall initiate the telephone call.

      5. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

      **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

      s/ Karen M. Williams  
      KAREN M. WILLIAMS  
      United States Magistrate Judge

cc:  Hon. Renee Marie Bumb