United States Bankruptcy Court
District of New Jersey

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 11/22/2019 at 3:24 PM and filed on 11/22/2019.

**ABK Petroleum Corp.**
1 Farm House Court
Moorestown, NJ 08057
Tax ID / EIN: 22-3697900

The case was filed by the debtor's attorney:

**Alex Flynn**
Flynn & Associates, LLC
439 Monmouth Street
Gloucester City, NJ 08030
(856) 456-3535

The case was assigned case number 19-32058.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.njb.uscourts.gov or at the Clerk's Office, 401 Market Street, Camden, NJ 08102.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Jeanne Naughton**
**Clerk, U.S. Bankruptcy Court**