IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SUNIL DUTT,<br><br>               Plaintiff,<br><br>   v.<br><br>ABK PETROLEUM CORP., et al.,<br><br>              Defendants. | Civil No. 18-14117-RMB-KMW |

## AMENDED SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephone status conference held on **November 25, 2019**; and the Court noting the following appearances: **Alexander Kadochnikov, Esquire, and Daniel Knox, Esquire**, appearing on behalf of the **plaintiff**; and **Richard Flynn, Esquire**, appearing on behalf of the **defendants**; and for good cause shown:

IT IS this **25th** day of **November, 2019**, hereby **ORDERED**:

1. On or before **December 13, 2019**, the Parties shall prepare and submit a joint proposed Discovery Confidentiality Order in the form of Appendix S of the Local Civil Rules. *See* Am. Scheduling Order, September 11, 2019, [Dkt. No. 26], ¶1(a).

2. On or before **December 20, 2019**, Defendants shall respond to Plaintiff's written discovery requests. If Defendants fail to do so, Plaintiffs are hereby granted leave to file a Motion to Compel and may seek sanctions against Defendants and their counsel pursuant to Federal Rule of Civil Procedure 37.

3. The time within which to seek amendments to the pleadings or to add new parties will expire on **December 31, 2019**.

4. **Discovery Applications**. All discovery applications pursuant to L. Civ. R. 37.1(a)(1) shall include an Affidavit or Certification that includes the information identified in L. Civ. R. 37.1(b)(1). Absent exigent circumstances, the Court expects parties to "meet and confer" in person or via telephone before

making a discovery application, rather than just exchanging letters or e-mails.

      5. **Depositions**. All depositions are to be conducted in accordance with the procedures set forth in the order of Judge Gawthrop, in Hall v. Clifton Precision, 150 F.R.D. 525 (E.D.Pa. 1993).

      6. The Court will conduct a telephone status conference on **January 6, 2020 at 11:30 a.m.** to set the remaining case deadlines. Counsel for plaintiff shall initiate the telephone call.

      7. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

      **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

      s/ Karen M. Williams
      KAREN M. WILLIAMS
      United States Magistrate Judge

cc:   Hon. Renee Marie Bumb