```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
                   CAMDEN VICINAGE
```

SUNIL DUTT,

        Plaintiff,

  v.                                  Civil No. 18-14117-RMB-KMW

ABK PETROLEUM CORP., et al.,

        Defendants.

**ORDER FOR ADMINISTRATIVE TERMINATION
AS TO DEFENDANT ABK PETROLEUM CORP.**

THIS MATTER having been brought before the Court by way of the Suggestion of Bankruptcy filed by Richard M. Flynn, Esquire, counsel for defendant, ABK Petroleum Corp., on November 22, 2019; and it appearing to the Court that Defendant, ABK Petroleum Corp. is the subject Debtor in a Voluntary Chapter 7 Bankruptcy in the United States Bankruptcy Court, District of New Jersey, Bankruptcy Petition No. 19-32058; and for good cause shown,

IT IS on this **25th** day of **November, 2019** hereby

**ORDERED** that all proceedings against Defendant, ABK Petroleum Corp., shall be, and hereby are, **STAYED**; and it is further

**ORDERED** that the Clerk administratively terminate this matter with respect to Defendant ABK Petroleum Corp. until further order of this Court.

                                    <u>s/ Karen M. Williams</u>
                                    KAREN M. WILLIAMS
                                    United States Magistrate Judge

cc:  Hon. Renée M. Bumb