# FLYNN & ASSOCIATES, LLC

August 11, 2020

**Dutt v. ABK Petroleum Corp, et al**
**Docket: 1:18-cv-14117**
**COURTESY COPY**

_Via CM/ECF and USPS Priority mail_
The Hon. Renee Marie Bumb, U.S.D.J.
United States District Court
District of New Jersey
4th & Cooper Streets
Camden, NJ 08101

Dear Judge Bumb,

Undersigned counsel represents the Defendants in the above captioned matter. Pursuant to the Court's Judicial Preferences and for the Court's convenience, enclosed is a hard copy of Defendants' Cross Motion for Sanctions and Opposition to Plaintiff's Motion for Sanctions, filed earlier today via CM/ECF. **We** are respectfully requesting oral argument in this matter. I would appreciate the Court's courtesy in scheduling this matter for the October 5, 2020 return date or later since our firm will be closed for prepaid vacation from August 28, 2020 through September 13, 2020. The potential September 8, 2020 and September 21, 2020 return dates would not allow us sufficient time to review any response filed by Plaintiff's counsels, confer with our clients and respond appropriately within the deadlines.

I thank the Court for its professional courtesies in this and all other matters.

Respectfully Submitted,

**Flynn & Associates, LLC**

by

**Alex Flynn, Esquire**
Enclosure
cc: Mssrs. Knox and Kadochnikov, via email

LAW OFFICES
439 Monmouth Street, Gloucester City, New Jersey 08030
Telephone 856.456.3535    Facsimile 856.456.7641    Email rflynnlawllc@gmail.com

ADMITTED TO PRACTICE IN NEW JERSEY, PENNSYLVANIA, UNITED STATES TAX COURT & THE UNITED STATES SUPREME COURT