**FLYNN & ASSOCIATES, LLC**
**RICHARD M. FLYNN, ESQUIRE (ATTORNEY ID 3431978)**
**ALEX FLYNN, ESQUIRE (ATTORNEY ID 196302016)**
439 Monmouth Street
Gloucester City, NJ 08030
Phone: 856-456-3535
rflynnlawllc@gmail.com
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUNIL DUTT, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED | CIVIL ACTION |
| PLAINTIFF | DOCKET NO: 18-14117-RMB |
| v. | |
| ABK PETROLEUM CORP., ABC CORP.S NO.S 1-10 (SAID NAMES BEING UNKNOWN AND FICTITIOUS), SUNNY SINGH A/K/A SONNY SINGH, PRABHJIT SINGH, AND KAMALJIT SINGH | PROOF OF FILING AND SERVICE |
| DEFENDANTS | |

The undersigned hereby certifies that he electronically filed the Defendants' Cross Motion for Sanctions and Opposition to Plaintiff's Motion for Sanctions via CM/ECF on August 11, 2020 and mailed a courtesy copy to the Court via USPS Priority mail on August 11, 2020.

The undersigned also certifies that he served the Defendant's Cross Motion for Sanctions and Opposition to Plaintiff's Motion upon Plaintiff's counsels, Daniel Knox, Esq. and Alexander Kadohcnikov, Esq. via email on July 20, 2020, but specifically did not file same

*(left margin, rotated)* FLYNN & ASSOCIATES, LLC    439 Monmouth Street, Gloucester City, NJ 08030

with the Court at that time in light of the Rule 11 safe harbor provisions. Pursuant to the Court's Order of July 27, 2020, that same Cross Motion is the one filed today, with the addition of this Proof of Filing and Service, an Affidavit of Services and a cover letter to the Court. The filing made today shall be served on Plaintiff's counsels via CM/ECF notification.

Respectfully submitted,

Dated: 8/11/2020

**Flynn & Associates, LLC**

by

**Alex Flynn, Esquire**

FLYNN & ASSOCIATES, LLC
439 Monmouth Street, Gloucester City, NJ 08030