**FLYNN & ASSOCIATES, LLC**
**RICHARD M. FLYNN, ESQUIRE (ATTORNEY ID 3431978)**
**ALEX FLYNN, ESQUIRE (ATTORNEY ID 196302016)**
439 Monmouth Street
Gloucester City, NJ 08030
Phone: 856-456-3535
rflynnlawllc@gmail.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **SUNIL DUTT, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED**<br><br>**PLAINTIFF**<br><br>v.<br><br>**ABK PETROLEUM CORP., ABC CORP.S NO.S 1-10 (SAID NAMES BEING UNKNOWN AND FICTITIOUS), SUNNY SINGH A/K/A SONNY SINGH, PRABHJIT SINGH, AND KAMALJIT SINGH**<br><br>**DEFENDANTS** | **CIVIL ACTION**<br><br>**DOCKET NO: 18-14117-RMB**<br><br><br><br>**DEFENDANTS' COUNSEL'S AFFIDAVIT OF SERVICES** |

I, Alex Flynn, Esquire, being of full age, hereby certify as follows:

1. I am an attorney at law licensed in the State of New Jersey and the Commonwealth of Pennsylvania.

2. I am a member of the bar of the Federal Court, District of New Jersey and am admitted to practice before this Honorable Court.

3. Our firm represents the Defendants in the above captioned matter.

4. Throughout our representation in this matter, our firm has maintained detailed billing records of all time expended and any costs incurred.

5. I have attached a complete copy of our firm's billing records arising out of Plaintiff's pending Motion for Sanctions and Defendants' Cross Motion for Sanctions and Opposition to Plaintiff's Motion.

6. These billing records reflect only the time and expenses arising out of the limited scope of motions practice before the Court which was initiated on June 17, 2020 when Plaintiff's counsels filed Plaintiff's Motion for Sanctions.

7. Our remaining billing records for this matter are not attached since we do not feel they are relevant to the issues at hand and would serve only to create ambiguity at this time.

8. On July 20, 2020, when I electronically served Plaintiff's counsels with Defendants's proposed Rule 11 Cross Motion and Opposition, our firm included in the <u>Brief at 32</u> an estimate of our professional time and the fee structure upon which same was calculated so as to provide fair notice of the potential amount sought as sanctions as of that date, along with notice that we would file an Affidavit of Services with the Court if Plaintiff's counsels did not withdraw their motion.

9. As the Court will see from the attached billing records, our firm's additional time in this matter since July 20, 2020 is for the modest time required to prepare this Affidavit of Services, electronically file the various documents associated with the Defendants' Cross Motion for Sanctions and Opposition to Plaintiff's Motion and mail a courtesy copy to Chambers as required in the Court's Judicial Preferences.

FLYNN & ASSOCIATES, LLC
439 Monmouth Street, Gloucester City, NJ 08030

FLYNN & ASSOCIATES, LLC — 439 Monmouth Street, Gloucester City, NJ 08030

10. As detailed in the substantive filing, our firm's hourly rate on this matter is $250.00 per hour. We view this as very reasonable for the level of professional experience held by the attorneys in our firm, our backgrounds, length of practice and the current market for legal services in Southern New Jersey for this type of matter.

11. Notably, our firm charges a substantially lower hourly fee than the $400.00 per hour rate which Plaintiff's counsels ask the Court to adopt in Plaintiff's Motion for Sanctions.

12. All expenses incurred are at their actual cost and our firm does not bill for any photocopying expenses as we view those services as necessary core components of representation.

13. It is my professional opinion based upon involvement in numerous matters before the Federal Court that the fees charged by our firm in this matter are reasonable in light of the total circumstances.

14. Therefore, I respectfully request that the Court award Defendants the following fees and expenses as a sanction against Plaintiff's counsels:

| | |
|---|---|
| Total Professional Fees to Date | $ 4,462.50 |
| Total Expenses incurred to Date | $     13.20 |

15. Our firm respectfully reserves the right to file a supplemental Affidavit of Services for any additional professional time or expenses which are incurred to the review of any response filed by Plaintiff's counsels, prepare and file any response to same on

behalf of Defendants and the time required for a hearing conducted by the Court on the issues in this matter.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully submitted,

Dated: 8/11/2020

**Flynn & Associates, LLC**

by

**Alex Flynn, Esquire**

FLYNN & ASSOCIATES, LLC
439 Monmouth Street, Gloucester City, NJ 08030

# Exhibit A

| 8/11/2020 | Flynn & Associates, LLC | |
| 2:48 PM | Slip Listing | Page    1 |

## Selection Criteria

| Slip.Classification | Open |
| Clie.Selection | Include: ABK Petro-Sanct |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 46236         TIME<br>6/23/2020<br>WIP<br>Review of Plaintiff's Motion for Sanctions,<br>Certification and Exhibits filed with the Court | Atty<br>Review<br>ABK Petroleum Corp. | 2.50<br>0.00<br>0.00 | 250.00<br>T@1 | 625.00 |
| 46237         TIME<br>6/29/2020<br>WIP<br>Preparation and file letter requesting automatic<br>adjournment of Plaintiff's Motion for Sanctions<br>pursuant to Local Rules | Atty<br>Prep and File<br>ABK Petroleum Corp. | 0.25<br>0.00<br>0.00 | 250.00<br>T@1 | 62.50 |
| 46238         TIME<br>7/15/2020<br>WIP<br>RMF telephone call to Daniel Knox, Esq. to review<br>status of settlement and confer about potential<br>withdrawal of Plaintiff's pending motion. Mr. Knox<br>refused to withdraw, advising he wanted to see<br>what the Court would do with it now that he had filed | Atty<br>Teleph call to<br>ABK Petroleum Corp. | 0.25<br>0.00<br>0.00 | 250.00<br>T@1 | 62.50 |
| 46239         TIME<br>7/16/2020<br>WIP<br>Legal Research re Plaintiff's Motion and Cross<br>Motion/Opposition thereto | Atty<br>Legal Research<br>ABK Petroleum Corp. | 6.00<br>0.00<br>0.00 | 250.00<br>T@1 | 1500.00 |
| 46240         TIME<br>7/17/2020<br>WIP<br>Preparation of Cross Motion and Opposition to<br>Plaintiff's Motion for Sanctions | Atty<br>Preparation of<br>ABK Petroleum Corp. | 4.25<br>0.00<br>0.00 | 250.00<br>T@1 | 1062.50 |
| 46241         TIME<br>7/19/2020<br>WIP<br>Preparation of Cross Motion and Opposition to<br>Plaintiff's Motion for Sanctions | Atty<br>Preparation of<br>ABK Petroleum Corp. | 1.00<br>0.00<br>0.00 | 250.00<br>T@1 | 250.00 |
| 46242         TIME<br>7/20/2020<br>WIP<br>Conference with client re Cross Motion and<br>Opposition to Plaintiff's Motion for Sanctions | Atty<br>Conference<br>ABK Petroleum Corp. | 2.00<br>0.00<br>0.00 | 250.00<br>T@1 | 500.00 |

| 8/11/2020 | Flynn & Associates, LLC | | |
|---|---|---|---|
| 2:48 PM | Slip Listing | | Page 2 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 46243 TIME<br>7/20/2020<br>WIP<br>Preparation and assembly of letter to Plaintiff's Counsels via email with electronic service of Defendants' proposed Rule 11 Cross Motion and Opposition to Plaintiff's Motion for Sanctions, attached as pdf | Atty<br>Prep letter to<br>ABK Petroleum Corp. | 0.10<br>0.00<br>0.00 | 250.00<br>T@1 | 25.00 |
| 46244 TIME<br>7/20/2020<br>WIP<br>Preparation and file letter to Judge Bumb requesting safe harbor adjournment for Plaintiff's counsels pursuant to Fed. R. Civ. P. 11 | Atty<br>Prep and File<br>ABK Petroleum Corp. | 0.25<br>0.00<br>0.00 | 250.00<br>T@1 | 62.50 |
| 46245 TIME<br>8/11/2020<br>WIP<br>Preparation of Affidavit of Services based upon billing records, scope limited to only sanctions issues | Atty<br>Preparation of<br>ABK Petroleum Corp. | 0.50<br>0.00<br>0.00 | 250.00<br>T@1 | 125.00 |
| 46246 TIME<br>8/11/2020<br>WIP<br>Preparation of Proof of Filing and Service of Defendants Cross Motion and Opposition | Atty<br>Preparation of<br>ABK Petroleum Corp. | 0.25<br>0.00<br>0.00 | 250.00<br>T@1 | 62.50 |
| 46247 TIME<br>8/11/2020<br>WIP<br>Preparation and file courtesy copy of Defendants' filing for Judge Bumb's Chambers, sent via USPS priority mail and tab divided for the Court's convenience | Atty<br>Prep and File<br>ABK Petroleum Corp. | 0.50<br>0.00<br>0.00 | 250.00<br>T@1 | 125.00 |
| 46248 EXP<br>8/11/2020<br>WIP<br>USPS Priority Mail, Medium Box transmitting courtesy copy to Judge Bumb's Chambers | Atty<br>$Postage<br>ABK Petroleum Corp. | 1 | 13.20 | 13.20 |

| Grand Total | | | |
|---|---|---|---|
| | Billable | 17.85 | 4475.70 |
| | Unbillable | 0.00 | 0.00 |
| | Total | 17.85 | 4475.70 |