**FLYNN & ASSOCIATES, LLC**
**RICHARD M. FLYNN, ESQUIRE (ATTORNEY ID 3431978)**
**ALEX FLYNN, ESQUIRE (ATTORNEY ID 196302016)**
439 Monmouth Street
Gloucester City, NJ 08030
Phone: 856-456-3535
rflynnlawllc@gmail.com
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SUNIL DUTT, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED** | **CIVIL ACTION** |
| **PLAINTIFF** | **DOCKET NO: 18-14117-RMB** |
| **v.** | |
| **ABK PETROLEUM CORP., ABC CORP.S NO.S 1-10 (SAID NAMES BEING UNKNOWN AND FICTITIOUS), SUNNY SINGH A/K/A SONNY SINGH, PRABHJIT SINGH, AND KAMALJIT SINGH** | **ORDER** |
| **DEFENDANTS** | |

This matter having been opened to the Court by Plaintiff, Sunil Dutt, by and through his attorneys, Daniel Knox, Esq. of Knox Law Group, P.C. *Pro Hac Vice,* and Alexander Kadochnikov, Esq. of the Gill & Kadochnikov, LLP, on a Motion to Approve Settlement/Alternatively a Motion to Order Discovery/ Motion to Award Sanctions, and an Opposition and Cross Motion for Sanctions Against Plaintiff's Counsels, filed by Defendants, ABK Petroleum Corp., Kamaljit Singh, Sunpreet Singh (improperly plead as Sunny Singh a/k/a Sonny Singh) and Prabhjit Singh, by and through their attorneys, the law firm of

*FLYNN & ASSOCIATES, LLC*
*439 Monmouth Street, Gloucester City, NJ 08030*

Flynn & Associates, LLC, and the Court having considered the moving papers, the arguments of the parties and their counsels and for good cause shown,

**IT IS HEREBY ORDERED ON THIS** _____ **day of** _____, **2020 AS FOLLOWS:**

First, the Plaintiff's Motion for Sanctions is hereby struck to the extent beyond its request for the Court to approve the Settlement Agreement reached mutually between the parties and their counsel;

Second, the Settlement Agreement reached by the parties in this matter is approved via mutual consent of all parties and the approval of this Court;

Third, Defendants and their counsel are found to have committed no violations of Fed. R. Civ. P. 11 , Fed. R. Civ. P. 37 and/or 28 U.S.C. § 1927 in this matter. Plaintiff's allegations of any such violations are without merit, therefore Plaintiff and his counsels' application for sanctions against Defendants and their counsel is hereby DENIED;

Fourth, Plaintiff's counsels are found to have violated Fed. R. Civ. P. 11, 28 U.S.C. § 1927 and the applicable Local Rules of this Honorable Court by filing Plaintiff's Motion for Sanctions;

Fifth, as a result of the Plaintiff's counsels' violations as set forth above, the Court hereby enters a fee award in the amount of $_____ against Plaintiff's counsels Daniel Knox, Esq. and Alexander Kadochnikov, Esq., which shall be paid within thirty days of the date of this Order directly by Plaintiff's counsels' from their own funds to Defendants'

2

counsel for the professional services incurred on Defendants' behalf which arose out of the

need to respond to Plaintiff's Motion for Sanctions

       Sixth, any other relief that Court finds just.


_____                  _____

Date                              Hon. Renee Marie Bumb, USDJ

FLYNN & ASSOCIATES, LLC
439 Monmouth Street, Gloucester City, NJ 08030