**FLYNN & ASSOCIATES, LLC**
**RICHARD M. FLYNN, ESQUIRE (ATTORNEY ID 3431978)**
**ALEX FLYNN, ESQUIRE (ATTORNEY ID 196302016)**
439 Monmouth Street
Gloucester City, NJ 08030
Phone: 856-456-3535
rflynnlawllc@gmail.com
Attorneys for Defendants

<div style="margin-left:2em">FLYNN & ASSOCIATES, LLC<br>439 Monmouth Street, Gloucester City, NJ 08030</div>

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SUNIL DUTT, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED** <br><br> **PLAINTIFF** <br><br> **v.** <br><br> **ABK PETROLEUM CORP., ABC CORP.S NO.S 1-10 (SAID NAMES BEING UNKNOWN AND FICTITIOUS), SUNNY SINGH A/K/A SONNY SINGH, PRABHJIT SINGH, AND KAMALJIT SINGH** <br><br> **DEFENDANTS** | **CIVIL ACTION** <br> **DOCKET NO: 18-14117-RMB** <br><br><br><br> **CERTIFICATION OF KAMALJIT SINGH** |

I, Kamaljit Singh, of full age, hereby certify as follows:

1. I am a defendant in the above captioned matter.

2. I am an owner of Defendant ABK Petroleum Corp.

3. I have personal knowledge of the facts asserted herein.

4. Throughout this matter, I have tried to resolve the case in a direct and clear method.

FLYNN & ASSOCIATES, LLC
439 Monmouth Street, Gloucester City, NJ 08030

5. The Plaintiff, Sunil Dutt, worked for Defendant ABK Petroleum Corp. as an employee.

6. The Plaintiff apparently believed that ABK Petroleum Corp. had underpaid him for his labor.

7. I first learned of these allegations when I was served with the Complaint in this case,

8. After reading the Complaint, I tried to speak with Mr. Dutt about the allegations of the matter and see if we could settle the problem without need for costly, stressful and lengthy litigation in the Courts.

9. Mr. Dutt told me that he was represented by an attorney, Mr. Knox, Esq., and that I should speak with him about a settlement.

10. Therefore, Gurjeet Singh, Mr. Dutt's friend who had first asked me to give Mr. Dutt a job, called me and asked me to meet with Mr. Knox to try to resolve the case. Gurjeet Singh set up the conference and I went to Mr. Knox's offices.

11. During the conference with Mr. Knox, I explained our position that Mr. Dutt had been paid everything he was owed, but that I was willing to listen to their side of the case and try to resolve our differences through a settlement, if one could be reached.

12. I asked Mr. Knox about what Mr. Dutt claimed was owed to him, as well as what a reasonable settlement figure could be.

13. As part of these conversations, my understanding was that Mr. Knox's legal fees were to be paid as part of the settlement offer we made.

14. I attempted to negotiate a settlement with Mr. Knox by offering $50,000.00 to $60,000.00 for Mr. Dutt's total alleged damages and legal fees.

FLYNN & ASSOCIATES, LLC
439 Monmouth Street, Gloucester City, NJ 08030

15. Mr. Knox never said to me at the time that he viewed my offer to Mr. Dutt as a bribe and he instead made me a counteroffer of $160,000.00.

16. There was no bribe here. I had every right to be informed of what the allegations were, how much money was demanded, who was going to be paid from the demanded amount and what negotiations were acceptable in this type of matter.

17. Furthermore, I had never previously encountered an employee's FLSA claims, so I had no idea what the law said as far as an employee's rights to compensation, recovery of attorneys' fees or other monies.

18. Mr. Knox's claims that this offer was a bribe are an attempt to mislead the Court. Mr. Knox misconstrues the entire conversation about settlement into something it was absolutely not.

19. No agreement was reached with him during that meeting.

20. Thereafter, Gurjeet Singh tried to have me speak with Mr. Dutt directly about his claims to determine what he claimed he was owed and if we had the ability to settle the problem.

21. There was nothing wrong with Gurjeet Singh and me speaking to Mr. Dutt, especially when he was ABK Petroleum Corp.'s employee for a long period of time and we knew each other as a result.

22. However, Mr. Knox again blew this effort up into something more than it was. Mr. Knox then claimed that I was trying to "harass" Mr. Dutt.

23. This is absolutely false, it was not the situation and it simply did not happen.

24. Thereafter, I retained my counsel and we began litigation in this matter.

FLYNN & ASSOCIATES, LLC
439 Monmouth Street, Gloucester City, NJ 08030

25. Throughout the course of the litigation, and as is my regular practice, my accountant, Ram Associates, has been the one who holds all of the business records, payroll and tax information for myself and my businesses.

26. I made this clear in my disclosures to Plaintiff's counsel at the beginning of this case.

27. Furthermore, I directed Ram Associates to comply with my attorneys' requests for any information which was needed in this litigation and never once did I attempt to hinder this production in any way.

28. I always advised my accountant, Mr. Ram, that he and his firm needed to provide everything requested in this matter and that it was very important.

29. I never objected to the production of any records by Mr. Ram in this matter.

30. However, Mr. Ram and his offices failed to produce these complete records to my attorneys on the multiple times they were requested.

31. The accountant's failure to produce these records caused a large amount of frustration between myself, my accountant and my attorneys.

32. Mr. Ram's offices never informed me that they had responded to the subpoena in a timely fashion until February 24, 2020 when I called them during my conference with my attorney about this issue.

33. Furthermore, on March 3 and March 5, 2020, I directly advised Mr. Ram to provide the complete records sought under Plaintiff's discovery requests.

34. On March 5, 2020, both attorneys for defendants spent the entire day at the accountant's offices and I received quite a number of very frustrated and angry telephone calls from them directing me do whatever I could to get the accountant's cooperation.

35. I did this and the records were eventually provided later that day.

36. However, on that same day, my attorneys received an offer from Mr. Knox for settlement of this case which they later reviewed with me. Prabhjit Singh and I accepted this offer on behalf of ABK Petroleum Corp.

37. However, my counsel had previously made clear to Plaintiff's counsel that the funds for any initial settlement payment would have to be obtained from the security deposits held on behalf of ABK Petroleum Corp. by gas station owners whose facilities were leased by ABK Petroleum Corp.

38. There was serious doubt over whether ABK Petroleum Corp. could recover its security deposits in late 2019.

39. Additionally, contrary to the Plaintiff's counsel's assumption in his brief and certification, ABK Petroleum Corp. only operated two gas stations, both of which were leased.

40. One station had been closed because of environmental issues that were being remedied by the owner of that station and the other station was being closed because ABK Petroleum's lease was expiring.

41. Therefore, ABK Petroleum Corp. was quickly ceasing to do business, but still needed to be sure that it could recover the security deposit monies to satisfy any debts it owed, including a mortgage which was secured against my former marital home and Plaintiff's claim in this case for wages allegedly owed to him.

42. Therefore, I directed my counsel to file a Chapter 7 bankruptcy in November 2019 on behalf of ABK Petroleum Corp. to protect its interests. See Exhibit A, Bankruptcy Petition, Schedule A/B p. 1.

FLYNN & ASSOCIATES, LLC
439 Monmouth Street, Gloucester City, NJ 08030

FLYNN & ASSOCIATES, LLC
439 Monmouth Street, Gloucester City, NJ 08030

43. After the bankruptcy was filed and pending, I learned that the companies holding the security deposits for each gas station would in fact be turning them back over to ABK Petroleum Corp.

44. Furthermore, I was able to sell my former marital home to satisfy my personal obligations to Wells Fargo bank on the ABK Petroleum Corp. loan.

45. As a result, the bankruptcy was no longer required and I directed counsel to have it dismissed.

46. The timing on this was of the essence to avoid any issues with possible preferential treatment of Wells Fargo by satisfying that debt through the sale of my former marital residence.

47. Therefore, the bankruptcy was concluded without any further proceedings.

48. ABK Petroleum Corp. no longer has any operating locations and is out of business.

49. Shortly after, Prabhjit Singh and I, individually and on behalf of ABK Petroleum Corp., as well as Sunpreet Singh, reached a settlement with Plaintiff through our respective counsels to settle this matter.

50. One of the key issues in the settlement was that the initial payment to be made to Plaintiff was $40,000.00, which Plaintiff's counsel knew was to be made from the security deposit funds addressed above.

51. I encountered significant delays in receiving these funds because of COVID-19.

52. Therefore, I provided my attorney with my signatures and a check which was not yet valid for deposit on May 4, 2020. I directed my attorney to hold the check until I advised him that the $40,000.00 was in the account.

**FLYNN & ASSOCIATES, LLC**
439 Monmouth Street, Gloucester City, NJ 08030

53. Subsequently, **I** made arrangements for Prabhjit Singh and Sunpreet Singh to execute the settlement agreement about two weeks later and provided these documents to my counsel. However, even at this time I did not yet have the funds on hand for the settlement payment.

54. On June 15, 2020, I called my counsel and advised that the funds were finally received and the check was valid for deposit.

55. My counsel deposited this check and then mailed via Fedex Overnight a copy of the Defendants' signatures to the settlement agreement, as well as the initial payment check for deposit into Plaintiff's counsel's trust account, pending receipt of his client's signature and the Court's approval of the settlement agreement.

56. **I was shocked to learn that Mr. Knox did not have the Plaintiff's signature until July 13, 2020.**

57. However, in good faith, I mailed the first installment payment of $2,500.00 to Plaintiff's counsel on July 14, 2020 via Overnight Express to ensure that it was received by July 15, 2020.

58. Despite all of this, Plaintiff's counsel still refuses to withdraw his pending Motion for Sanctions against myself, the other defendants and our counsel.

59. On review of all of our actions in this case, there has been nothing done that violated the law.

60. Furthermore, neither I nor the other defendants in this case ever acted in bad faith in this litigation.

61. If our accountant was responsible for the delays in discovery in this matter, then that it not our fault when we directed him to cooperate fully and promptly.

62. Likewise, I could not control that the businesses holding ABK Petroleum Corp.'s security deposit funds were shutdown as a result of COVID-19 and were unable to process my refund in a prompt manner.

63. Despite these facts, and along with the other defendants in this matter, I have always acted in good faith throughout this litigation.

64. Furthermore, our attorneys acted in good faith throughout this litigation and have kept myself and the other defendants informed throughout this matter throughout and we communicated regularly about the matter.

65. On review of the legal arguments raised in the accompanying Motion, it is my opinion that the Plaintiff's claims for sanctions lack any merit and violates the terms of the settlement agreement.

66. However, the Plaintiff's Motion for Sanctions will cause Defendants and their counsel to spend significant time reviewing, researching and responding to the false and frivolous allegations made by Plaintiff's counsel. The Defendants should not be required to bear this cost when Plaintiff's counsel's claims lack any merit.

67. Therefore, I respectfully ask the Court to sanction Plaintiff's counsel for their Motion and award Defendants' legal fees incurred as a result of same.

I certify that the foregoing statements made by me are true. I am aware that if any statement is willfully false, I am subject to punishment.

Respectfully submitted,

Dated: 7/20/20

**Kamaljit Singh, Indiv. & O/B/O ABK Petroleum Corp.**

FLYNN & ASSOCIATES, LLC
439 Monmouth Street, Gloucester City, NJ 08030

# Exhibit A

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**District of New Jersey**

Case number (If known): 19-32058

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

U.S BANKRUPTCY COURT
FILED
CAMDEN, NJ

2019 NOV 22  P 3: 1□

JEANNE ___

BY: ___

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**                    ABK Petroleum Corp

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**      22-3697900

4. **Debtor's address**

   **Principal place of business**

   584 Beverly Rancocas Road
   Number        Street

   Mount Holly        NJ    08060
   City                State   ZIP Code

   Burlington County
   County

   **Mailing address, If different from principal place of business**

   1 Farm House Court
   Number        Street

   P.O. Box

   Moorestown        NJ    08057
   City                State   ZIP Code

   **Location of principal assets, If different from principal place of business**

   Number        Street

   City                State   ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: ___

| Debtor | ABK Petroleum Corp | Case number (if known) _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

447100

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
MM / DD / YYYY

District _____   When _____   Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

District _____   When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | ABK Petroleum Corp | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                       Number      Street

_____

_____     _____   _____
City                                  State      ZIP Code

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | ABK Petroleum Corp | Case number *(if known)* |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/22/2019
                    MM  / DD / YYYY

**X** /s/ Kamaljit Singh                        Kamaljit Singh
Signature of authorized representative of debtor    Printed name

Title  Member

**18. Signature of attorney**

**X** /s/ Alex Flynn                                Date  11/22/2019
Signature of attorney for debtor                          MM  / DD / YYYY

Alex Flynn
Printed name
Flynn & Associates, LLC
Firm name
439 Monmouth Street
Number     Street
Gloucester City                          NJ        08030
City                                     State     ZIP Code

8564563535                               rflynnlawllc@gmail.com
Contact phone                            Email address

196302016
Bar number                               State

**Fill in this information to identify the case:**

Debtor name __ABK Petroleum Corp__

United States Bankruptcy Court for the: __District of New Jersey__

Case number (if known): _____

U.S BANKRUPTCY COURT
FILED
CAMDEN, NJ

2019 NOV 22  P 3: 11

JEANNE A. ___

BY: _____
DEPUTY CLERK

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**  **Summary of Assets**

---

**1.** *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

  **1a. Real property:**
    Copy line 88 from *Schedule A/B* ........................................................................    $ _____0.00

  **1b. Total personal property:**
    Copy line 91A from *Schedule A/B* ......................................................................    $ __47,236.00

  **1c. Total of all property:**
    Copy line 92 from *Schedule A/B* ........................................................................    $ __47,236.00

---

**Part 2:**  **Summary of Liabilities**

---

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
  Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ...............    $ __102,277.24

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

  **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F* .....................................    $ _____0.00

  **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .............    +$ _____0.00

---

**4. Total liabilities** ...............................................................
    Lines 2 + 3a + 3b    $ __102,277.24

Fill in this information to identify the case:

Debtor name  **ABK Petroleum Corp**

United States Bankruptcy Court for the: **District of New Jersey**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

2. **Cash on hand**                                                                                                $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | TD Bank | Checking | 0  5  1  0 | $ 1,094.00 |
| 3.2. | See continuation sheet | | ___ ___ ___ ___ | $ 7,642.00 |

4. **Other cash equivalents** *(Identify all)*

4.1. _____                                          $ _____

4.2. _____                                          $ _____

5. **Total of Part 1**                                                                                            $ 8,736.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | Security Deposit, Lukoil | $ 10,000.00 |
|---|---|---|
| 7.2. | Security Deposit, Getty Petroleum Mktg, Inc | $ 28,500.00 |

Debtor    ABK Petroleum Corp
_____
Name

Case number (if known) _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $ _____

8.2. _____    $ _____

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.                              $ 38,500.00

---

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

    Current value of debtor's interest

11. **Accounts receivable**

    11a. 90 days old or less:  _____ – _____ = ........➔    $ _____
                               face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:     _____ – _____ = ........➔    $ _____
                               face amount        doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $ _____

---

## Part 4: Investments

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $ _____
    14.2. _____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of ownership:

    15.1. _____    _____%    _____    $ _____
    15.2. _____    _____%    _____    $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____    _____    $ _____
    16.2. _____    _____    $ _____

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.                           $ _____

---

Debtor _____ ABK Petroleum Corp _____     Case number *(if known)* _____
                   Name

---

**Part 5:**  **Inventory, excluding agriculture assets**

18. Does the debtor own any Inventory (excluding agriculture assets)?

   ☐ No. Go to Part 6.

   ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** Gasoline (Fuel in tanks) | 11/21/2019 MM / DD / YYYY | $_____ | | Unknown _____ |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.

   $ 0.00

24. **Is any of the property listed in Part 5 perishable?**

   ☑ No

   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☑ Yes. Book value _____ Valuation method_____ Current value 0.00 *unknown*

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

   ☑ No. Go to Part 7.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

---

Debtor⌄  ABK Petroleum Corp
_____        Case number (if known)_____
         Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                                   $_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture | | | |
| | $_____ | _____ | $_____ |
| 40. Office fixtures | | | |
| | $_____ | _____ | $_____ |
| 41. Office equipment, including all computer equipment and communication systems equipment and software | | | |
| | $_____ | _____ | $_____ |
| 42. Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                                   $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Official Form 206A/B            Schedule A/B: Assets — Real and Personal Property            page 4

Debtor    ABK Petroleum Corp                                          Case number (if known)_____
          Name

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.

    ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.                         $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

Debtor _____   Case number (if known) _____
ABK Petroleum Corp
        Name

---

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**
    ☑ No. Go to Part 10.
    ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1   534 Beverly Rancocas Rd<br>Mount Holly, NJ 08060 | Lease | $ n/a | n/a | $ n/a |
| 55.2 | | $ _____ | _____ | $ _____ |
| 55.3 | | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    | $ n/a |
    |---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

**Part 10:**   **Intangibles and Intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☑ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ _____ | _____ | $ _____ |
| 61. **Internet domain names and websites** | $ _____ | _____ | $ _____ |
| 62. **Licenses, franchises, and royalties** | $ _____ | _____ | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations** | $ _____ | _____ | $ _____ |
| 64. **Other intangibles, or intellectual property** | $ _____ | _____ | $ _____ |
| 65. **Goodwill** | $ _____ | _____ | $ _____ |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    | $ _____ |
    |---|

---

Debtor    ABK Petroleum Corp                                               Case number (if known) _____
          Name

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☐ No
    ☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
    ☐ No
    ☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

**Part 11:   All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    ☑ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

                                                                                    Current value of
                                                                                    debtor's interest

71. Notes receivable,
    Description (include name of obligor)
    _____   _____   —  _____   = →  $_____
                               Total face amount      doubtful or uncollectible amount

72. Tax refunds and unused net operating losses (NOLs)
    Description (for example, federal, state, local)
    _____   Tax year _____   $_____
    _____   Tax year _____   $_____
    _____   Tax year _____   $_____

73. Interests in insurance policies or annuities
    _____                        $_____

74. Causes of action against third parties (whether or not a lawsuit
    has been filed)
    _____                        $_____
    Nature of claim      _____
    Amount requested     $_____

75. Other contingent and unliquidated claims or causes of action of
    every nature, including counterclaims of the debtor and rights to
    set off claims
    _____                        $_____
    Nature of claim      _____
    Amount requested     $_____

76. Trusts, equitable or future interests in property
    _____                        $_____

77. Other property of any kind not already listed  Examples: Season tickets,
    country club membership
    _____                        $_____
    _____                        $_____

78. Total of Part 11.
    Add lines 71 through 77. Copy the total to line 90.               $_____

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 7

| Debtor | ABK Petroleum Corp | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 8,736.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 38,500.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $ 0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ 0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 0.00 | |
| 88. Real property. *Copy line 56, Part 9.* ..........→ | | $ 0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. Total. Add lines 80 through 90 for each column. ...........91a. | $ 47,236.00 | + 91b. $ 0.00 |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. 47,236.00 ..........   $ 47,236.00

Debtor 1    ABK Petroleum Corp

First Name    Middle Name    Last Name

Case number (if known) _____

## Continuation Sheet for Official Form 206 A/B

3) Checking, savings, money market, or financial brokerage accounts

TD Bank                Checking                0502

Balance: 2,451.00

TD Bank                Checking                0494

Balance: 5,191.00

Fill in this information to identify the case:

Debtor name: ABK Petroleum Corp

United States Bankruptcy Court for the: District of New Jersey

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|
| **2.1** Creditor's name<br>Wells Fargo Bank | Describe debtor's property that is subject to a lien<br>Business Owner's Personal Real Estate | $ 37,153.64 | $ Unknown |

Creditor's mailing address
PO Box 10378
Des Moines, IA 50306

Creditor's email address, if known
_____

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Last 4 digits of account
number   1998

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** Creditor's name<br>Wells Fargo Bank | Describe debtor's property that is subject to a lien<br>Business Owner's Personal Real Estate | $65,123.60 | $Unknown |

Creditor's mailing address
PO Box 10378
Des Moines, IA 50306

Creditor's email address, if known
_____

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred
Last 4 digits of account
number   1998

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional
Page, if any.**                                                                     $ 102,277.24

Debtor    ABK Petroleum Corp
          Name                                                    Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed In Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor | ABK Petroleum Corp |
| United States Bankruptcy Court for the: | District of New Jersey |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.   Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ | $_____ |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ | $_____ |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |
| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ | $_____ |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |

| Debtor | ABK Petroleum Corp | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.**

|  | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
Sunil Dutt
c/o Knox Law Group, PC
One Penn Plaza, Suite 2430
New York, NY, 10119

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Alleged Claim for Unpaid Wages

Amount of claim: $ Undetermined

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Case 19-32058-JNP    Doc 1    Filed 11/22/19    Entered 11/22/19 15:24:01    Desc
Petition    Page 19 of 42

| Debtor | A&K Petroleum Corp | Case number (if known) |
|--------|-------------------|------------------------|
|        | Name              |                        |

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|-----------------------------------------------------------|-----------------------------------------|
| 4.1. Alexander Kadochnikov, Esq<br>Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP<br>80-02 Kew Gardens Road, Suite 600<br>Kew Gardens, NY, 11415 | Line 3.1<br>☐ Not listed. Explain: | _____ |
| 4.2. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.3. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | Line ____<br>☐ Not listed. Explain | _____ |
| 49. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | Line ____<br>☐ Not listed. Explain | _____ |

Debtor   ABK Petroleum Corp
         Name                                                      Case number (if known)

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 0.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 0.00 |

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 4 of 4

---

**Fill in this information to identify the case:**

Debtor name ___ABK Petroleum Corp___

United States Bankruptcy Court for the: __District of New Jersey__

Case number (if known): _____    Chapter _7_

---

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

| | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease of Business Premises (Notice of Termination Already Provided to Lessor) Lease | Lukoil Mount Holly 584 Beverly Rancocas Road Mount Holly, NJ, 08060 |
| | State the term remaining | 1 year | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease of Business Premises for Gas Station (Debtor already vacated premises, premises are unusable) Lease | RAMOCO Marketing Group, LLC RAMOCO Fuels 103 Carnegie Center, Suite 345 Princeton, NJ, 08540 |
| | State the term remaining | 0- Expires 11/30/2019 | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

```
Fill in this information to identify the case:

Debtor name    ABK Petroleum Corp

United States Bankruptcy Court for the:  District of New Jersey

Case number (if known):
```

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / Mailing address | | **Name** | Check all schedules that apply: |
| **2.1** Sunny Singh a/k/a Sonny Singh | 3 Liberty Trail Delran, NJ 08075 | Sunil Dutt | ☐ D ☑ E/F ☐ G |
| **2.2** Prabhjit Singh | Prabhjit Singh 60 Stoneham Drive Delran, NJ 08075 | Sunil Dutt | ☐ D ☑ E/F ☐ G |
| **2.3** Kamaljit Singh | Kamaljit Singh 1 Farm House Court Moorestown, NJ 08057 | Sunil Dutt | ☐ D ☑ E/F ☐ G |
| **2.4** | | | ☐ D ☐ E/F ☐ G |
| **2.5** | | | ☐ D ☐ E/F ☐ G |
| **2.6** | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name _ABK Petroleum Corp_

United States Bankruptcy Court for the: District of New Jersey

Case number (if known): _____

U.S BANKRUPTCY COURT
FILED
CAMDEN,NJ

2019 NOV 22 P 3: 12

JEANNE A. _____

BY:_____
DEPUTY CLERK

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From 12/31/2018<br>MM/DD/YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ unknown at present 27,915.00 |
| For prior year: | From 01/01/2018 ~~12/31/2017~~<br>MM/DD/YYYY | to | 12/31/2018 ~~01/01/2017~~<br>MM/DD/YYYY | ☑ Operating a business<br>☐ Other | $ 27,915.00 ~~21,730.00~~ |
| For the year before that: | From 01/01/2017<br>MM/DD/YYYY | to | 12/31/2017<br>MM/DD/YYYY | ☐ Operating a business<br>☐ Other | $ 21,730.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From 01/01/2019<br>MM/DD/YYYY | to | Filing date | _____ | $ _____ 0.00 |
| For prior year: | From 12/31/2018<br>MM/DD/YYYY | to | 01/01/2018<br>MM/DD/YYYY | _____ | $ _____ 0.00 |
| For the year before that: | From 12/31/2017<br>MM/DD/YYYY | to | 01/01/2017<br>MM/DD/YYYY | _____ | $ _____ 0.00 |

| Debtor | ABK Petroleum Corp | Case number (if known) |
|--------|--------------------|------------------------|
|        | Name               |                        |

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

**3.**   **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer <br> *Check all that apply* |
|--|-----------------------------|-------|----------------------|--------------------------------------------------------------|
| 3.1. | | | $ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | | | | ☐ Other _____ |
| 3.2. | | | $ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | | | | ☐ Other _____ |

**4.**   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|--|----------------------------|-------|----------------------|---------------------------------|
| 4.1. | | | $ | |
| | Insider's name | | | |
| | Relationship to debtor | | | |
| 4.2. | | | $ | |
| | Insider's name | | | |
| | Relationship to debtor | | | |

| Debtor | ABK Petroleum Corp | Case number *(if known)* _____ |
|---|---|---|
| | *Name* | |

---

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | _____ | $_____ |
| | Creditor's name | | | |
| 5.2. | | | _____ | $_____ |
| | Creditor's name | | | |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | | _____ | $_____ |
| | Creditor's name | | | |

Last 4 digits of account number: XXXX– _____

---

**Part 3:**  **Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Sunil Dutt v. ABK Petroleum Corp, et al | Alleges FLSA Claim for Wages | United States District Court, District of NJ | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>1:18-cv-14117-RMB-KMW | | 4th & Cooper Streets<br>Camden, NJ 08101 | |
| 7.2. | **Case title** | | Court or agency's name and address | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |

---

Debtor  ABK Petroleum Corp
_____    Case number (if known)_____
        Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| _____ | _____ | |
| Custodian's name | Case title | Court name and address |
| | _____ | _____ |
| | | Name |
| | Case number | |
| | _____ | |
| | Date of order or assignment | |
| | _____ | |

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** _____ | | _____ | $_____ |
| Recipient's name | | | |
| | | | |
| Recipient's relationship to debtor | | | |
| _____ | | | |
| **9.2.** _____ | | _____ | $_____ |
| Recipient's name | | | |
| | | | |
| Recipient's relationship to debtor | | | |
| _____ | | | |

| **Part 5:** | **Certain Losses** |
|---|---|

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| | _____ | _____ | $_____ |

| Debtor | ABK Petroleum Corp | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Flynn & Associates, LLC | | 11/2019 | $ 3,500.00 |
| | **Address** | | | |
| | 439 Monmouth St | | | |
| | Gloucester City, NJ 08030 | | | |
| | **Email or website address** | | | |
| | rflynnlawllc@gmail.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |

| Debtor | ABK Petroleum Corp | Case number *(if known)* _____ |
|--------|--------------------|----------------------------------------------------|
|        | Name               |                                                    |

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** _____ | | | |
| 13.2. | Who received transfer? _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** _____ | | | |

---

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | | | |
|---|---|---|---|---|---|---|
| 14.1. | 2100 Route 130<br>Beverly, NJ 08010 | | From | 12/01/2004 | To | 11/2019 |
| 14.2. | | | From | _____ | To | _____ |

---

| Debtor | ABK Petroleum Corp | Case number (If known) _____ |
|---|---|---|
| | *Name* | |

---

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ *Facility name* | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? *Check all that apply:* ☐ Electronically ☐ Paper |
| **Facility name and address** | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____ *Facility name* | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? *Check all that apply:* ☐ Electronically ☐ Paper |

---

**Part 9:   Personally Identifiable Information**

16. Does the debtor collect and retain personally identifiable information of customers?

☑ No.
☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?
☐ No
☐ Yes

---

Debtor   ABK Petroleum Corp
         _____          Case number (if known) _____
         Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case. were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

Debtor    ABK Petroleum Corp _____     Case number (*if known*)_____
         Name

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page 9

Case 19-32058-JNP   Doc 1   Filed 11/22/19   Entered 11/22/19 15:24:01   Desc
Petition   Page 32 of 42

| Debtor | ABK Petroleum Corp | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br><br>Dates business existed<br><br>From _____ To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br><br>Dates business existed<br><br>From _____ To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br><br>Dates business existed<br><br>From _____ To _____ |

---

| Debtor | ABK Petroleum Corp | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | P.K. RAMACHANDRAN | From 01/01/2015 |
| | Name | |
| | 3240 E State Street Ext, Hamilton, NJ 08619 | To 11/22/2019 |

| | Name and address | Dates of service |
|---|---|---|
| 26a.2. | | From _____ |
| | Name | |
| | | To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | | From _____ |
| | Name | |
| | | To _____ |

| | Name and address | Dates of service |
|---|---|---|
| 26b.2. | | From _____ |
| | Name | |
| | | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | PK RAMACHANDRAN | |
| | Name | |
| | 3240 E State Street Ext, Hamilton, NJ 08619 | |

Debtor    ABK Petroleum  orp                                                    Case number (if known)_____
          Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| | Name and address |
|---|---|
| 26d.1. | Name |
| | Name and address |
| 26d.2. | Name |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | Name |

Debtor   **ABK Petroleum Corp**                                        Case number (if known) _____
           _____
           Name

---

Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory

_____   _____   $ _____

Name and address of the person who has possession of inventory records

27.2. _____
      Name

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Prabhjit Singh | 40 Stoneham Drive, Riverside, NJ 08075 | Member | 51% |
| Kamaljit Singh | 1 Farm House Court, Moorestown, NJ 08057 | Member | 49% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
|  |  |  | _____ To _____ |
|  |  |  | _____ To _____ |
|  |  |  | _____ To _____ |
|  |  |  | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Kamaljit Singh | 10,648.00 | _____ |  |
| Name |  |  |  |
| 1 Farm House Court Moorestown, NJ 08057 |  | _____ |  |
|  |  | _____ |  |
| Relationship to debtor |  | _____ |  |

| Debtor | ABK Petroleum Corp | | Case number (if known) | |
| | Name | | | |

|  | **Name and address of recipient** | 12,000.00 | |
| 30.2 | Prabhjit Singh | | |
|  | Name | | |
|  | 60 Stoneham Drive | | |
|  | Delran, NJ 08075 | | |

**Relationship to debtor**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
| | EIN: _____ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
| | EIN: _____ |

| **Part 14:** | **Signature and Declaration** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/22/2019
              MM / DD / YYYY

**X** /s/ Kamaljit Singh                              Printed name   Kamaljit Singh
Signature of Individual signing on behalf of the debtor

Position or relationship to debtor   Member

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

Debtor Name   ABK Petroleum Corp _____     Case number (if known)_____

### Continuation Sheet for Official Form 207

30) Payments, distributions, or withdrawals credited or given to insiders

Name and Address:

Kamaljit Singh

1 Farm House Court
Moorestown, NJ 08057

Amount of money or description: $12,000.00

Dates:  - ,  - ,  -

Reason:

---

Name and Address:

Prabhjit Singh

60 Stoneham Drive
Delran, NJ 08075

Amount of money or description: $11,082.00

Dates:  - ,  - ,  -

Reason:

---

United States Bankruptcy Court

District of New Jersey

In re:   ABK Petroleum Corp                          Case No.

                                                     Chapter   7

                Debtor(s)

### Verification of Creditor Matrix

        The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.

Date:   ____11/22/2019____              /s/ Kamaljit Singh
                                        _____
                                        Signature of Individual signing on behalf of debtor


                                        Member
                                        _____
                                        Position or relationship to debtor

Alexander Kadochnikov, Esq
Shiryak, Bowman, Anderson, Gill & Kadoch
80-02 Kew Gardens Road, Suite 600
Kew Gardens, NY 11415

Kamaljit Singh
1 Farm House Court
Moorestown, NJ 08057

Kamaljit Singh
1 Farm House Court
Moorestown
NJ 08057

Lukoil Mount Holly
584 Beverly Rancocas Road
Mount Holly, NJ 08060

Prabhjit Singh
60 Stoneham Drive
Delran, NJ 08075

Prabhjit Singh
40 Stoneham Drive
Riverside
NJ 08075

RAMOCO Marketing Group, LLC
RAMOCO Fuels
103 Carnegie Center, Suite 345
Princeton, NJ 08540

Sunil Dutt
c/o Knox Law Group, PC
One Penn Plaza, Suite 2430
New York, NY 10119

Sunny Singh a/k/a Sonny Singh

Wells Fargo Bank
PO Box 10378
Des Moines, IA 50306

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

District of New Jersey

**In re** ABK Petroleum Corp

Case No. _____

**Debtor**

Chapter <sup>7</sup> _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ **RETAINER**

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 3,500.00

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 250.00

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   Debtor        ☑ Other (specify) Debtor paid retainer. Kamaljit Singh and/or Prabhjit Singh, Owners of Debtor Corporation, to pay subsequent charges.

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    **d.   [Other provisions as needed]**
a. Analysis of the debtor's financial situation and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e. Other provisions as needed:

6.   **By agreement with the debtor(s), the above-disclosed fee does not include the following services:**
Debtor's counsel reserves the right to retain special counsel in pursuing or defending adversary proceedings or other contested matters.

Debtor agrees that in the event that a Chapter 11 petition is necessary, Counsel reserves the right to withdraw from this matter and refer the matter to another firm if necessary or appropriate as determined by Counsel and approved, if necessary, by the Court. Any such referred firm or other entering firm shall be entitled to be paid under a separate representation agreement.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

11/22/2019

*Date*

/s/ Alex Flynn, 196302016

*Signature of Attorney*

Flynn & Associates, LLC

*Name of law firm*
439 Monmouth Street
Gloucester City, NJ 08030
8564563535
rflyn_lawllc@gmail.com