UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUNIL DUTT, on behalf of himself and all other persons similarly situated,<br><br>                 Plaintiff,<br>  -against-<br><br>ABK PETROLEUM CORP., ABC CORP.s No.s 1-10 (said names being unknown and fictitious), SUNNY SINGH a/k/a SONNY SINGH, PRABHJIT SINGH, and KAMALJIT SINGH,<br><br>                 Defendants. | Docket No. 18-cv-14117<br><br>**DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION AND IN FURTHER SUPPORT OF PLAINTIFF'S MOTION** |

I, Daniel Knox, declare, under penalty of perjury pursuant to 28 U.S.C. § 1746(2), that the following statements are true and correct:

    1.     Contrary to Mr. Flynn's allegations in paragraphs 32 and 75 of his declaration, we did not discuss the health of Richard Flynn, Esq. On or about December 5, 2020, I called defense counsel to follow-up on settlement discussions and noted that the secretary was crying when she answered the phone. Mr. Flynn later explained that the secretary's crying, and incidentally his latest round of delays, were due to the brutal murder of a family friend and not the health of Richard Flynn, Esq. An email that I sent to co-counsel after the initial call is annexed hereto as **Exhibit A**.

    2.     At the September 11, 2019 conference, Mr. Flynn requested a confidentiality order concerning the outstanding discovery he represented would be produced within a week to 10 days thereof. The following day, I invited Mr. Flynn to prepare the proposed order and, on November 5, 2019, I sent a letter reminding Mr. Flynn of both his representations and of the proposed confidentiality order (**Exhibit B**).

3.    Mr. Flynn did not present a proposed confidentiality order until the evening of the December 13, 2019, the day it was due.

4.    Notably, Defendants never provided any documentation subject to the confidentiality order.

Dated: August 13, 2020

_____
Daniel Knox