[Docket No. 57]

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUNIL DUTT, on behalf of himself and all other persons similarly situated, <br><br> Plaintiff, <br><br> -against- <br><br> ABK PETROLEUM CORP., ABC CORP.s No.s 1-10 (said names being unknown and fictitious), SUNNY SINGH a/k/a SONNY SINGH, PRABHJIT SINGH, and KAMALJIT SINGH, <br><br> Defendants. | Civil Action No. 18-14117(RMB)(KMW) <br><br> **ORDER** |

**THIS MATTER** having been brought before this Court on application by Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP; and Know Law Group P.C. *pro hac vice*, attorneys for the Plaintiff, on Plaintiff's unopposed motion to approve the settlement agreement; and the Court having reviewed Plaintiff's submission, including the settlement agreement; for the reasons set forth on the record on December 16, 2020, the terms of the settlement agreement, including the allocation of attorneys' fees, are fair, reasonable and adequate; and, for good cause appearing;

**IT IS** on this 16th day of December 2020, **ORDERED THAT** the Motion to approve the settlement agreement [Docket No. 57] is hereby **GRANTED**.

And Further Ordered that the Clerk of Court may close the file.

_____
**HON. RENÉE MARIE BUMB, U.S.D.J.**